## MARTIN *v.* WALL.

ATKINSON, J. 1. The assignments of error on the rulings upon admissibility of evidence are without merit.

2. In an action for land the plaintiff and defendant claimed title from a common source. The defendant claimed under a deed, and the controlling question was whether the deed had been delivered. The evidence was

insufficient to show delivery (*Maddox* v. *Gray*, 75 *Ga.* 452); and the judge did not err in directing a verdict for the plaintiff.

*Judgment affirmed. All the Justices concur.*

DECEMBER 12, 1913. REHEARING DENIED JANUARY 14, 1914.

Complaint for land. Before Judge Pendleton. Fulton superior court. October 17, 1912.

*A. H. Davis,* for plaintiff in error.

*Rosser & Brandon,* contra.